1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES STRAIN,

12           Plaintiff,              2:05-cv-0474-GEB-GGH-P

13       vs.

14
     CHIEF MEDIAL OFFICER
15   R. SANHAM, et al.,

16           Defendants.             ORDER

17   _____/

18           Plaintiff, a state prisoner proceeding pro se, has

19   filed this civil rights action seeking relief under 42 U.S.C.

20   § 1983.  The matter was referred to a United States Magistrate

21   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General

22   Order No. 262.

23           On October 12, 2005, the magistrate judge filed

24   findings and recommendations herein which were served on

25   plaintiff and which contained notice to plaintiff that any

26   objections to the findings and recommendations were to be filed

1

1  within twenty days.  Plaintiff has not filed objections to the

2  findings and recommendations.

3        The court has reviewed the file and finds the findings

4  and recommendations to be supported by the record and by the

5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

6  that:

7        1.  The findings and recommendations filed October 12,

8  2005, are adopted in full; and

9        2.  Defendants Barton and Garbutt are dismissed from

10  this action.

11  Dated:  December 20, 2005

12

13                              /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
                               United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

2