IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES STRAIN,

        Plaintiff,                    No. CIV S-05-0474 GEB GGH P

    vs.

CHIEF MEDICAL OFFICER
R. SANDHAM, et al.,

        Defendants.              ORDER

_____/

        Plaintiff has requested an extension of time to submit the documents needed for service of defendant P. Mangis pursuant to the court's order of April 7, 2006. Plaintiff enumerates his varied, repeated, yet unsuccessful, efforts to date to secure an address for defendant Mangis.

        The court will now direct defendants' counsel to query the California Department of Corrections and Rehabilitation (CDCR) to ascertain the whereabouts of defendant P. Mangis. If defendant Mangis is still employed with CDCR or any other California state agency, counsel shall provide the business address to plaintiff. If counsel is otherwise informed of the business address of defendant Mangis, counsel shall provide the address to plaintiff. In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of defendant

1 | Mangis, counsel shall so inform the court.  Defendants' counsel shall file and serve the
2 | appropriate response within twenty days of the file date of this order.
3 |       Good cause appearing, IT IS HEREBY ORDERED that:
4 |     1. Defendants are directed to provide an appropriate response, as set forth above,
5 | within twenty days;
6 |     2. Plaintiff's May 26, 2006 motion for an extension of time is granted; and
7 |     3 Plaintiff is granted thirty days from the date of this order in which to submit
8 | the documents needed for service of defendant P. Mangis.
9 | DATED:   6/2/06

/s/ Gregory G. Hollows

GREGORY G.  HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
stra0474.36+