1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CHARLES STRAIN,

11        Plaintiff,                    No. CIV S-05-0474 GEB GGH P

12    vs.

13  CHIEF MEDICAL OFFICER
    R. SANDHAM, et al.,              FINDINGS AND RECOMMENDATIONS
14

15        Defendants.

16  _____/

17        Plaintiff, proceeding pro se and in forma pauperis, seeks relief pursuant to 42

18  U.S.C. § 1983.  By Order, filed October 12, 2005, the court determined that plaintiff's complaint

19  stated a cognizable claim for relief against several defendants, including defendant P. Mangis,

20  and ordered plaintiff to provide information for service of process upon defendants on forms

21  USM-285, a completed summons, sufficient copies of the complaint for service, and a notice of

22  compliance.  On January 6, 2006, the court ordered the U.S. Marshal to serve process upon, inter

23  alia, defendant Mangis.  When process directed to defendant Mangis was returned unserved

24  because his current address was unknown, the court, by Orders, filed on April 7, 2006, and June

25  5, 2006, granted plaintiff extensions of time to submit the documents needed for service of

26  defendant P. Mangis.  In the Order, filed on June 5, 2006, defendants' counsel were directed to

1

1  query the California Department of Corrections and Rehabilitation (CDCR) to ascertain the

2  whereabouts of defendant Mangis.  By a response filed on June 9, 2006, defendant Mahakian

3  indicated, after a diligent search and reasonable inquiry, that no information as to defendant

4  Mangis' whereabouts could be found.  By a response filed on June 15, 2006, counsel for

5  defendants Masterson, James, Roche, Rolfing, and Sandham submitted a declaration stating that

6  his inquiries to the CDCR had not revealed any other addresses for defendant Mangis than one in

7  Sparks, Nevada, to which the USM-285 and summons had evidently been forwarded and from

8  which the USM-285 form had been returned unexecuted.  Plaintiff provided an address in New

9  Harmony, Utah by filing dated July 3, 2006.  The court once again directed service of process

10  upon defendant Mangis by <u>Order</u>, filed on March 20, 2007, this time of the amended complaint,

11  filed on June 2, 2006, upon which this action proceeds, at the address most recently provided.

12  However, the summons has again been returned unexecuted by filing, dated May 30, 2007,

13  stating it was "returned from post office" because the addressee had "moved, left no address."

14         Fed. R. Civ. P. 4(m) states, in relevant part:"[i]f service of the summons and

15  complaint is not made upon a defendant within 120 days after the filing of the complaint, the

16  court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action

17  without prejudice as to that defendant or direct that service be effected within a specified time...."

18  The court has been generous in granting extensions of time to effect service of this party and has

19  invoked the aid of defendants' counsel who have represented that they have made good faith, but

20  unsuccessful, efforts to locate P. Mangis.  As neither plaintiff nor counsel for defendants have

21  been able to locate this party and the court has twice issued orders directing service of process,

22  and since service has been unsuccessfully attempted upon P. Mangis at three separate locations

23  (the first summons having been forwarded), the court will, at this time, recommend that

24  defendant P. Mangis be dismissed, pursuant to Fed. R. Civ. P. 4(m).

25         Accordingly, IT IS RECOMMENDED that defendant P. Mangis be dismissed

26  from this action pursuant to Fed. R. Civ. P. 4(m).

1        These findings and recommendations are submitted to the United States District

2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

3   days after being served with these findings and recommendations, any party may file written

4   objections with the court and serve a copy on all parties.  Such a document should be captioned

5   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

6   shall be served and filed within ten days after service of the objections.  The parties are advised

7   that failure to file objections within the specified time may waive the right to appeal the District

8   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9   DATED: 6/29/07

10                                              /s/ Gregory G. Hollows

11                                              GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

12  GGH:009
    stra0474.nsv

13

14

15

16

17

18

19

20

21

22

23

24

25

26