| | |
|---|---|
| 1 | EDMOND G. BROWN, Jr., Attorney General |
| | of the State of California |
| 2 | STEVEN M. GEVERCER, |
| | Supervising Deputy Attorney General |
| 3 | OLIVER R. LEWIS, (State Bar No. 133557) |
| | Deputy Attorney General |
| 4 | 1300 I Street, P.O. Box 944255 |
| | Sacramento, CA 94244-2550 |
| 5 | Telephone: (916) 324-5495 |
| | Facsimile: (916) 322-8288 |

Attorneys for Defendants

THIMESCH LAW OFFICES
GENE A. FARBER, ESQ. (SBN 44215) Of Counsel
TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone: (925) 588-0401
Facsimile: (888) 210-8868

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STRAIN, | No. CIV-S-05-0474 GEB GGH P |
| Plaintiff, | |
| vs. | **STIPULATION AND JOINT REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION** |
| CHIEF MEDICAL OFFICER R. SANDHAM, , | |
| Defendants. | **[PROPOSED] ORDER** |

The parties in the above captioned case jointly request that this case be assigned to Magistrate Judge Gregory G. Hollows for mediation. Plaintiff's counsel was recently appointed by this Court to represent the plaintiff. Counsel for both the plaintiff and the defendants have discussed the prospects for settlement and agree that referral to mediation probably would be productive.

Counsel for the parties agree that referral to Magistrate Judge Gregory G. Hollows would be practical because he has heard summary judgment motions, discovery disputes and

---
STIPULATION AND JOINT REQUEST FOR REFERRAL TO
MAGISTRATE JUDGE FOR MEDIATION
[PROPOSED] ORDER

Case No. CIV-S-05-0474 GEB GGH P

other proceedings in this case. As such he already is familiar with the facts and law involved in the matter. The parties have confirmed that Judge Hollows is available for a mediation conference on August 7, 2009 at 9:00 am.

All parties waive any conflict that Judge Hollows might have in mediating this case or hearing any future matters in this case.

DATED: May 18, 200                    EDMOND G. BROWN, Jr., Attorney General
                                              of the State of California
                                         STEVEN M. GEVERCER,
                                            Supervising Deputy Attorney General
                                         OLIVER R. LEWIS,
                                            Deputy Attorney General

By: _____
     OLIVER R. LEWIS, Deputy Attorney General

Attorneys for Defendants

DATED: May 18, 2009                 THIMESCH LAW OFFICES

By: _____
     GENE A. FARBER, Of Counsel

Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED: May 20, 2009            */s/ Garland E. Burrell Jr.*
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

Thimesch Law Offices
158 FRONT STREET
WALNUT CREEK, CA
94597
(925) 588-0401

STIPULATION AND JOINT REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION
[PROPOSED] ORDER Case No. CIV-S-05-0474 GEB GGH P

— 2 —