IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES STRAIN,

    Plaintiff,                    No. CIV S-05-0474 GEB GGH P

   vs.

R. SANDHAM, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff and counsel for all parties appeared before the undersigned on September 23, 2009, for a settlement conference. Appearances were placed on the record. A settlement was reached and the terms and conditions of the settlement were stated on the record.

        Accordingly, IT IS HEREBY ORDERED that:

        1. All previously scheduled dates are vacated.

        2. Dismissal documents shall be filed within 120 days of service of this order.

        3. The court retains jurisdiction to enforce the terms of settlement.

DATED: September 28, 2009            /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:AB
strai0474.setl

1