EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
STEVEN M. GEVERCER, State Bar No. 112790
Supervising Deputy Attorney General
OLIVER R. LEWIS, State Bar No. 133557
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5495
 Fax: (916) 322-8288
 E-mail: Oliver.Lewis@doj.ca.gov
*Attorneys for Defendants*
*Glenn W. James, M.D. and Richard Sandham, M. D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES STRAIN,**<br><br>                                   Plaintiff,<br><br>           v.<br><br>**CHIEF MEDICAL OFFICER R. SANDHAM, et al.,**<br><br>                                   Defendants. | 2:05-cv-00474 GEB GGH<br><br>**ORDER REGARDING DISMISSAL OF DEFENDANT GLENN JAMES, M.D.** |

Pursuant to the stipulation of the parties on the record, at the settlement conference on September 23, 2009, in Courtroom 24, in front of the Honorable Gregory G. Hollows, Magistrate Judge, Defendant GLENN JAMES, M.D. is hereby dismissed with prejudice from this action.

Dated: September 25, 2009

*[signature]*

GARLAND E. BURRELL, Jr.
District Judge

Stra0474.dsm

1