EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
STEVEN M. GEVERCER, State Bar No. 112790
Supervising Deputy Attorney General
OLIVER R. LEWIS, State Bar No. 133557
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5495
 Fax: (916) 322-8288
 E-mail: Oliver.Lewis@doj.ca.gov
*Attorneys for Defendants*
*Glenn W. James, M.D. and Richard Sandham, M. D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES STRAIN,** | 2:05-cv-00474 GEB GGH P |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| v. | Settlement Conf.: September 23, 2009 |
| **CHIEF MEDICAL OFFICER R. SANDHAM, et al.,** | Courtroom: 24 |
| | Judge: The Honorable Gregory G. Hollows |
| Defendants. | |

Pursuant to the Settlement Conference held on September 23, 2009, in Courtroom 24 of the above-referenced Court, Plaintiff, Charles Strain, through his attorney, Gene Farber, and Defendants, Richard Sandham, M.D. and Glenn James, M.D., through their attorney, Oliver R. Lewis, hereby stipulate that this action shall be dismissed forthwith with prejudice. This dismissal is stipulated to by the parties in consideration for the terms agreed upon at the aforementioned settlement conference.

The Court shall retain jurisdiction over the enforcement of the settlement terms agreed upon by both parties on September 23, 2009.

**IT IS HEREBY SO STIPULATED**

Dated:  October 2, 2009

*/s/ Gene Farber*
_____
GENE FARBER, Attorney for Plaintiff

Dated:  October 2, 2009

*/s/ Oliver R. Lewis*
_____
OLIVER R. LEWIS, Attorney for Defendants

Pursuant to Fed.R.Civ.P. 41(a), stipulated dismissals are self-executing.  The court shall retain jurisdiction to enforce the terms of the settlement.

**IT IS SO ORDERED**

Dated: October 7, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
Magistrate Judge

Strain474.dsm

SA2006100627
30866977.doc